IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00271-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEYMONI DIQUEZ RASBERRY,<br><br>    Defendant. | ORDER |

This matter comes before the court on the United States' "Motion for Final Order of Forfeiture" [DE 47], construed by the court as a motion to modify the final order entered on April 7, 2021 (DE 44). For good cause shown, the motion is GRANTED. The Final Order of Forfeiture is modified to reflect the correct serial number of the Draco 7.62x39mm caliber rifle, which is PD-7002-2015-RO.

SO ORDERED this 28th day of December, 2021.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE